UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AKEEM JAMES,                                         :

                Plaintiff,                    :

             - against -                           :         ORDER

THE LONG ISLAND RAILROAD COMPANY    :         20-CV-10585 (KNF)

               Defendant.                   :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on June 22, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before September 13, 2021; and

2. the parties shall submit their joint pretrial order to the Court on or before October 13, 2021. That document must conform to the requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York
       June 23, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE