Jamaica Station  
Jamaica, NY 11435-4380  
718 558-8254 Tel  
718 657-9047 Fax

Phillip Eng  
President

Paige Graves  
Vice President, General Counsel & Secretary


**Long Island Rail Road**

MEMORANDUM ENDORSEMENT

October 12, 2021

United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007  
ATT:   Honorable Kevin N Fox

RE:   Akeem James v. LIRR  
       20 CV 10585

Dear Judge Fox:

The parties jointly request a forty-five day (45) extension within which to file the Joint Pre-Trial Order.  The parties have completed all fact discovery and have begun initial discussions pertaining to possible resolution of this matter.  Given the increasingly more hectic scheduling of many matters that remained in a state of inactivity due to the pandemic over the last year, the requested additional time will alleviate the necessity of preparing paperwork that may be moot should an agreed-upon settlement be reached.  The parties have amicably resolved many cases over the last twelve years and will make every effort to do so herein.  We thank you in advance for your courtesy and understanding.

Yours etc.,  
Paige Graves, Esq.  
Vice-President, General Counsel & Secretary

By: _____  
Thomas L. Chiofolo, Esq.

10/13/21

Application denied.  The parties have been aware since June 23, 2021, that their joint pretrial order had to be submitted in October and should have managed their respective workloads accordingly.  The parties are to submit their joint pretrial order to the Court on or before November 3, 2021.  The parties are reminded that failing to comply with a court order may result in sanctions, including the harshest sanctions.  
SO ORDERED:

*Kevin Nathaniel Fox*

Kevin Nathaniel Fox, U.S.M.J.

*The agencies of the MTA*  
MTA New York City Transit    MTA Metro-North Railroad    MTA Capital Construction  
MTA Long Island Rail Road    MTA Bridges and Tunnels    MTA Bus Company