UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AKEEM JAMES,                                          :

                Plaintiff,                :

    - against -                                        :            ORDER

THE LONG ISLAND RAILROAD COMPANY       :            20-CV-10585 (KNF)

                Defendant.             :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      It having been reported to this Court, on the 10th day of November 2021, that the above-captioned action was settled,

      IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, any party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled. In that event, the action will be restored.

Dated: New York, New York                      SO ORDERED:
       November 11, 2021

                                                           *Kevin Nathaniel Fox*
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE